**Order entered April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00364-CV

### IN RE TERRENCE M. GORE, Relator

### On Appeal from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF1212707

# ORDER

The Court has before it relator's March 25, 2013 motion for reconsideration of petition for writ of mandamus. The Court **DENIES** the motion.

/s/    ELIZABETH LANG-MIERS
        JUSTICE